UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELENA KHANBERG,

    Petitioner,

v.                                        Case No. 3:20-cv-39-J-34MCR

WILLIAM BARR, et al.,

    Respondents.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    Petitioner Elena Khanberg initiated this action by mailbox rule on January 6, 2020, by filing a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Petition; Doc. 1). In the Petition, Khanberg seeks her release from the custody of the United States Immigration and Customs Enforcement Agency (ICE). On April 23, 2020, Respondents filed a Notice of Petitioner's Release from Custody (Notice; Doc. 9), with an exhibit (Resp. Ex. A, Order of Supervision). In the Notice, Respondents assert that Khanberg was released from ICE custody on April 7, 2019, pending removal, <u>see</u> Resp. Ex. A, and as such, her case should be dismissed as moot. <u>See</u> Notice at 1. As Khanberg is no longer in custody, the Court concludes that this action no longer presents a case or controversy, and, therefore, the dismissal of this case is appropriate at this time.

    Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    This case is **DISMISSED WITHOUT PREJUDICE as moot.**

    2.    The Clerk of Court shall enter judgment dismissing this case without prejudice, closing this case, and terminating any pending motions.

3. The Clerk of Court shall send Khanberg a copy of this Order to her last known address on file with this Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of April, 2020.

MARCIA MORALES HOWARD
United States District Judge

Jax-8

C: Elena Khanberg A-073 418 910
   Shea Matthew Gibbons, Esq.